**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 17, 2010**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

BRYAN L. TRAVIS,

        Plaintiff - Appellant,

    v.

MICHAEL MURPHY; MONROE
MCKAY; JOHN PORFILIO; NEIL
GORSUCH, et al.,

        Defendants - Appellees.

No. 10-1144

(D. Colorado)

(D.C. No. 1:10-CV-00240-ZLW)

---

**ORDER AND JUDGMENT**[*]

---

Before **HARTZ**, **ANDERSON**, and **TYMKOVICH**, Circuit Judges.

---

Bryan L. Travis appeals the dismissal of his claims against four members of

this Court based on their rulings against him. As explained by the district court,

the defendants are immune from such liability. *See, e.g.*, *Mireles v. Waco*, 502

U.S. 9, 11–12 (1991). We AFFIRM the judgment below and DENY Mr. Travis's

---

[*]After examining the brief and appellate record, this panel has determined
unanimously that oral argument would not materially assist the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is
therefore ordered submitted without oral argument. This order and judgment is
not binding precedent except under the doctrines of law of the case, res judicata,
and collateral estoppel. It may be cited, however, for its persuasive value
consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

motion for leave to proceed *in forma pauperis*.

ENTERED FOR THE COURT

Harris L Hartz
Circuit Judge